IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | 4:05CR3136 |
| v. ) | |
| ) | |
| KATHERINE T. WILLIAMS, ) | |
| ) | ORDER |
| Defendant. ) | |
| ) | |

IT IS ORDERED:

Defendant's unopposed motion to continue, filing 13, is granted and the deadline for filing pretrial motions is extended to February 13, 2006.

DATED this 23rd day of January, 2006.

BY THE COURT:

s/ *David L. Piester*
David L. Piester
United States Magistrate Judge