IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,         ) | |
|                                   ) | |
|         Plaintiff,                ) | |
|                                   ) | |
|     -v-                           ) | Case Number:4:05CR3136 |
|                                   ) | |
| KATHERINE WILLIAMS,               ) | |
|                                   ) | |
|         Defendant.                ) | |

ORDER

THIS MATTER comes before the Court on Defendant's unopposed Motion to Continue the Date for Entry of Plea, filing 23. The Court, being fully advised in the premises, finds that said Motion should be granted.

IT IS THEREFORE ORDERED,

1.  The entry of plea in this matter is continued until May 4, 2006 at 9:30 a.m.

2.  For this defendant, the time between today's date and the hearing on the anticipated plea of guilty is excluded for purposes of computing the limits under the Speedy Trial Act. See 18 U.S.C. §3161(h)(1)(I) & (h)(8)(A)(B).

Dated this 19th Day of April, 2006.

BY THE COURT

s/ *David L. Piester*

The Honorable David L. Piester
United States Magistrate Judge