IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 4:05CR3136 |
| | ) | |
| V. | ) | |
| | ) | |
| KATHERINE T. WILLIAMS, | ) | ORDER |
| | ) | |
| Defendant. | ) | |
| | ) | |

   IT IS ORDERED that the defendant's motion to continue date to file formal objections (filing 43) is denied.

   DATED this 12th day of July, 2006.

                              BY THE COURT:

                              s/ *Richard G. Kopf*
                              United States District Judge