IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

FILED
U.S. DISTRICT COURT
DISTRICT OF NEBRASKA

2006 AUG -8   PM 4: 09

OFFICE OF THE CLERK

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | 4:05CR3136 |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| KATHERINE WILLIAMS, | ) | ORDER FOR ISSUANCE OF |
| | ) | BENCH WARRANT |
| Defendant. | ) | |

On August 8, 2006, KATHERINE WILLIAMS failed to appear for a sentencing hearing in the United States District Court for the District of Nebraska.

It is hereby ordered that the Clerk of this Court is hereby authorized and directed to issue a Bench Warrant for the Apprehension of KATHERINE WILLIAMS, commanding the arresting officer to bring her before the Court forthwith.

BY THE COURT:

United States District Judge

DATED this 8 day of August, 2006.