IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 4:05CR3136 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | **ORDER** |
| KATHERINE T. WILLIAMS, | ) | |
| | ) | |
| Defendant. | ) | |

     IT IS ORDERED that Defendant Williams' sentencing and hearing on petition for action on conditions of pretrial release is scheduled on Friday, October 20, 2006, at 12:30 p.m., before the undersigned United States District Judge, in Courtroom No. 1, Robert V. Denney Federal Building and United States Courthouse, Lincoln, Nebraska. Since this is a criminal case, the defendant shall be present unless excused by the court.

     October 6, 2006.                  BY THE COURT:

                                          s/ *Richard G. Kopf*
                                          United States District Judge