IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 4:05CR3136 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | **ORDER** |
| KATHERINE T. WILLIAMS, | ) | |
| | ) | |
| Defendant. | ) | |

IT IS ORDERED that:

(1) The defendant's unopposed motion to continue sentencing (filing 55) is granted;

(2) Defendant Williams' sentencing, hearing on petitions for action on conditions of pretrial release, and evidentiary hearing on her motion to deviate (filing 56), are rescheduled to Thursday, October 26, 2006, at 2:00 p.m., before the undersigned United States District Judge, in Courtroom No. 1, Robert V. Denney Federal Building and United States Courthouse, Lincoln, Nebraska.  Since this is a criminal case, the defendant shall be present unless excused by the court.

October 19, 2006.                BY THE COURT:

                                 s/ *Richard G. Kopf*
                                 United States District Judge