IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 4:05CR3136 |
| | ) | |
| V. | ) | |
| | ) | |
| KATHERINE T. WILLIAMS, | ) | ORDER |
| | ) | |
| Defendant. | ) | |

The court has been advised that Korey Reiman, defense counsel, is in the hospital and should be released from the hospital during the first part of December. Therefore, and after consultation with the government,

IT IS ORDERED that sentencing in this matter is continued until Tuesday, December 19, 2006, at 12:00 noon.

November 7, 2006.          BY THE COURT:

s/ *Richard G. Kopf*
United States District Judge