IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 4:05CR3136 |
| | ) | |
| Plaintiff, | ) | |
| vs. | ) | **ORDER** |
| | ) | |
| KATHERINE WILLIAMS, | ) | |
| | ) | |
| Defendant. | ) | |

IT IS ORDERED that Defendant's motion (filing 69) to withdraw a second notice of appeal (filing 68) is granted, and, accordingly, filing 68 is hereby stricken.

December 27, 2006.           BY THE COURT:

                             s/ *Richard G. Kopf*
                             United States District Judge