IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 4:05CR3136 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | **ORDER** |
| KATHERINE WILLIAMS, | ) | |
| | ) | |
| Defendant. | ) | |

IT IS ORDERED that:

(1)   The defendant's motion to continue (filing 97) is granted.

(2)   Counsel of record shall have until close of business on June 27, 2008, to comply with paragraph 3 of the undersigned's memorandum and order dated April 16, 2008.

June 18, 2008.                BY THE COURT:


                              s/ *Richard G. Kopf*
                              United States District Judge