AO 247 (02/08) Order Regarding Motion for Sentence Reduction

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 4:05CR3136 |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | USM No: 20153-047 |
| | ) | |
| KATHERINE T. WILLIAMS, | ) | DAVID R. STICKMAN |
| Defendant. | ) | Defendant's Attorney |
| Date of previous judgment: 12/21/2006 | ) | |

**Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)**

Upon motion of the defendant under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion,

**IT IS ORDERED** that the motion is GRANTED and the defendant's previously imposed sentence of imprisonment (as reflected in the last judgment issued) of 156 months is reduced to 123 months.

**I. COURT DETERMINATION OF GUIDELINE RANGE** (Prior to Any Departures)

Previous Offense Level: 34        Amended Offense Level: 32
Criminal History Category: II      Criminal History Category: II
Previous Guideline Range: 168 to 210 months   Amended Guideline Range: 135 to 168 months

**II. SENTENCE RELATIVE TO AMENDED GUIDELINE RANGE**

☐ The reduced sentence is within the amended guideline range.

☐ The previous term of imprisonment imposed was less than the guideline range applicable to the defendant at the time of sentencing as a result of a departure or Rule 35 reduction, and the reduced sentence is comparably less than the amended guideline range.

✓ Other (explain): A consecutive sentence of 156 months was originally imposed in this case and a sentence of 12 months and 1 day was imposed in 4:06CR3121 per U.S.S.G. § 2J1.6, application note 3.

**III. ADDITIONAL COMMENTS**

Filings 93 and 99 are granted as provided herein. The reduced sentence of 123 months shall be served consecutive to the 12 month and 1 day sentence imposed in 4:06CR3121. Except as provided above, all provisions of the judgment dated December 21, 2006 shall remain in effect.

**IT IS SO ORDERED.**

Dated this 9th day of July, 2008
Effective Date: Wednesday, July 9, 2008

*S/Richard G. Kopf*
United States District Judge