IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 4:05CR3136 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | ORDER |
| KATHERINE T. WILLIAMS, | ) | |
| | ) | |
| Defendant. | ) | |

    I am in receipt of a report from the Probation Office indicating that the defendant is not eligible for a sentence reduction under Amendment 782 because she is already serving the mandatory minimum sentence of 120 months. In addition, she is subject to a consecutive sentence of 12 months plus 1 day under Case No. 4:06CR3121. Counsel have been notified of the Probation Office's determination.

    IT IS ORDERED that a sentence reduction under Amendment 782 is denied.

    Dated July 1, 2015.

                                            BY THE COURT:

                                            *Richard G. Kopf*
                                            Senior United States District Judge